IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOURDES TALBOT, in her own right and as p/n/g MICHAEL AYALA-TALBOT, a minor, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, ET AL. Defendants. | : : | NO. 2:08-cv-05588 |

O R D E R

AND NOW, this 8th day of April 2009, it appearing that no response has been filed by Plaintiffs to Defendant City of Philadelphia's Motion to Dismiss Plaintiffs' Claims for Negligent Infliction of Emotional Distress (Doc. No. 6), IT IS HEREBY ORDERED that Plaintiffs shall file a response to Defendant City of Philadelphia's Motion on or before Thursday, April 23, 2009.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J