IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOURDES TALBOT, in her own right and as p/n/g MICHAEL AYALA-TALBOT, a minor, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, ET AL. Defendants. | : : | NO. 2:08-cv-05588 |

O R D E R

AND NOW, this 28th day of September 2009, it is hereby ORDERED that Plaintiffs shall RESPOND to Defendants' Motion to Dismiss Defendant Ms. Earl Pursuant to Federal Rule of Civil Procedure 4(m) (Doc. No. 26) on or before Wednesday, September 30, 2009. In the absence of a response, Defendants' Motion will be granted, and Defendant Ms. Earl will be dismissed from this action pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.