IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOURDES TALBOT, in her own right and as p/n/g of MICHAEL AYALA-TALBOT, a minor Plaintiffs, | CIVIL ACTION |
| vs. | |
| CITY OF PHILADELPHIA, et al. Defendants. | No. 08-5588 |

JAN 6 - 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION TO DISMISS THE CITY OF PHILADELPHIA

It is hereby stipulated and agreed by and among the parties to this action that the City of Philadelphia shall be dismissed as a party defendant to this action, with prejudice.

_____
Loren Finesmith, Esq.
Attorney for plaintiffs

_____  12/28/09
Margaret M. Fenerty, Esq.
Attorney for defendants
City of Philadelphia

_____
Diane Bernoff Sher, Esq.
Attorney for the School District
Of Philadelphia

**APPROVED BY THE COURT:**

/S/LEGROME D. DAVIS

_____
The Honorable Legrome Davis
United States District Judge